IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2007 JUN 13 AM 8: 27
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| JOHN J. HRIBEK, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-06-CA-165-LY |
| § | |
| BUC-EE'S, LTD., § | |
| A/K/A BUC-EE'S , INC., § | |
| § | |
| DEFENDANT. § | |

## FINAL JUDGMENT ON PLAINTIFF JOHN J. HRIBEK'S CLAIMS AGAINST DEFENDANT BUC-EE'S, LTD, A/K/A BUC-EE'S , INC.

Before the Court is the above styled cause of action. On this date by separate order the Court granted Defendant Buc-ee's, Ltd. a/k/a Buc-ee's, Inc.'s ("Buc-ee's") motion for summary judgment, which disposed of all of claims asserted by Plaintiff John J. Hribek against Defendant Buc-ee's. Also, on this date by separate order the Court remanded Defendant Buc-ee's state-law breach-of-contract counterclaim alleged in this cause against Plaintiff Hribek and Plaintiff Hribek's motion for summary judgment on that claim to the 21st Judicial District Court for Lee County, Texas. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Defendant Buc-ee's Defendant's Motion for Summary Judgment filed March 30, 2007 (Clerk's Document No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff John J. Hribek **TAKE NOTHING** on each of his claims alleged against Defendant Buc-ee's.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this _12th_ day of June, 2007.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE